# United States District Court
## Southern District of Georgia

Willie Bell Dixon and
Derrell A. Jackson

_____

Plaintiff

v.

Laurens County School District,
Bruce Wood, and Sunny Franks

_____

Defendant

Case No. 3:21-CV00050

Appearing on behalf of

Plaintiffs

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of Sept., 2021.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Regina S. Molden, Esq. |
| Business Address: | Molden & Associates |
| | Firm/Business Name |
| | Peachtree Center - Harris Tower, Suite 1234, 233 Peachtree Street |
| | Street Address |
| | Atlanta  GA  30303 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | (404) 324-4500   515424 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | rmolden@moldenlaw.com |