UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE BELL DIXON and<br>DERRELL A. JACKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURENS COUNTY SCHOOL DISTRICT,<br>BRUCE WOOD, and<br>SUNNY FRANKS,<br><br>Defendants. | Civ. Action No. 3:21-cv-00050<br><br>The Honorable Dudley H. Bowen, Jr.<br>The Honorable Brian K. Epps |

**ORDER**

Upon consideration of the Joint Notice of Settlement and Motion to Excuse Compliance with Summary Judgment Deadline filed jointly by Plaintiff Dixon and Defendant Laurens County School District and for good cause shown, the Motion is **GRANTED.**

Plaintiff Dixon and Defendant Laurens County School District are excused from complying with the August 17, 2023 deadline for filing Motions for Summary Judgment.

**SO ORDERED**, this 10th day of Aug., 2023

_____
DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA